UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PATRICK CONLEY, JR.,

Plaintiff,

v.

FUENTES, et al.,

Defendants.

No. 2:25-cv-02160 DJC CKD (PS)

ORDER

Plaintiff is proceeding in this action pro se and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On June 3, 2026, the Magistrate Judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. And having considered the factors described in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) the Court finds that dismissal is appropriate.

////

////

////

Accordingly, IT IS HEREBY RECOMMENDED THAT:

1. The June 3, 2026 findings and recommendations (ECF No. 15) are adopted in full;
2. This action is dismissed for failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE